JS-6

1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10
11

| | |
|---|---|
| JAMES F. COHAN,<br><br>       PLAINTIFF,<br><br>VS.<br><br>RALPHS PHARMACY;<br>HOROWITZ WOOD VICTORY<br>AND FALLBROOK; AND DOES 1<br>THROUGH 10.<br><br>       DEFENDANTS. | CASE NO.  SACV07-1419 JVS (ANx)<br><br>Assigned to Judge James V. Selna<br>Assigned to Discovery Magistrate Judge<br>Aruthur Nakazato<br><br>**ORDER OF DISMISSAL**<br><br>Sup. Ct. Complaint Filed: 10/05/07<br>Removed to USDC: 12/07/07<br>Trial Date: None |

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION OF DISMISSAL PURSUANT TO FRCP 41(a)(1)(ii)     Case No. SACV 07-1419 JVS (ANx)
*OC286,304,359v1 071233.014200*

## ORDER

Upon the Stipulation of the parties pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the Court hereby dismisses this action WITH PREJUDICE. Each side to bear its own costs and fees.

**IT IS SO ORDERED.**

DATED:  August 29, 2008

HONORABLE JAMES V. SELNA
Judge of the U.S. District Court

1